Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00070-CV

____________

 

MELVIN HOLLOWAY, Appellant

 

V.

 

OPTION
ONE MORTGAGE CORPORATION, Appellee

_________________________________________________________

 

On Appeal
from the County Court at Law No. 2

Fort
Bend County, Texas

Trial
Court Cause No. 28138

_________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 3,
2006.  On March 10, 2006, appellant filed
a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 23, 2006.

Panel consists of Chief Justice Hedges and
Justices Yates and Guzman.